IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRAD ELLIOTT GORDON, # 227478, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:16cv209-WHA |
| | ) |
| LEEPOSEY DANIELS, *et al.,* | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

On February 1, 2018, the Magistrate Judge filed a Recommendation (Doc. # 15) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 15) is ADOPTED;

(2) Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. # 1) is DENIED; and

(3) This action is DISMISSED with prejudice, as the petition presents no basis for federal habeas corpus relief, and even if the petition raises constitutional claims cognizable in an action for federal habeas corpus relief, the petition is time-barred under the one-year limitation period in 28 USC § 2244(d).

A separate final judgment will be entered.

DONE this 27th day of February, 2018.

    /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE